LAW OFFICES OF GEORGE M. HOLLAND, LLC
By:  George M. Holland, Esq.
40 South Fullerton Avenue
Montclair, New Jersey 07042
Telephone Number:  973-893-5467
Email:  georgehollandlaw@gmail.com
Attorney for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.C., ON BEHALF OF M.C.,<br><br>Plaintiff, | Civil Action No.:  2:25-cv-17604-SDW-JBC |
| VS. | **ORDER GRANTING DEFAULT JUDGMENT** |
| PROSPECT PARK BOARD OF EDUCATION,<br><br>Defendant. | |

**THIS MATTER** having been opened to the Federal District Court by George M.

Holland, Esq., attorney for Plaintiff, N.C. on behalf of M.C.; Plaintiff having moved for Default

Judgment pursuant to F.R.Civ.P. 55(b)(2); the Federal District Court having considered the

Declaration of counsel for Plaintiff; the Federal District Court having considered the arguments

of counsel for Plaintiff made in this Declaration of Counsel; and for good cause shown;

IT IS on this _____8th_____ day of _April_ 2026;

**ORDERED** that the Federal District Court grants Plaintiff's Motion for a Default

Judgment in the amount of $\underline{\$18,567.50}$[1].

_____
Honorable Susan D. Wigenton, U.S.D.J.

---

[1] In his Declaration, Plaintiff's counsel stated that he is seeking an hourly rate of $400.00 in attorney fees, but he provided a copy of his invoice which lists his rate as $375.00. This Court will consider $375.00 to be his hourly rate and has adjusted the total judgment amount accordingly.